448 A.2d 1151

Commonwealth v. Ladika, Appellant.

Petition for Allowance of Appeal Denied Nov. 30, 1982.

Submitted May

12, 1982.  Edward Guido, Public Defender, for appellant; Edgar Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.